No. 95.  MOODY BIBLE INSTITUTE *v.* CHICAGO.
October 11, 1943.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of jurisdiction.  § 237 (a) of the Judicial Code, as amended, 28 U. S. C., § 344 (a). Treating the papers whereon the appeal was allowed as an application for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied.  *Mr. Howard F. Bishop* for appellant. *Messrs. Barnet Hodes, Joseph F. Grossman,* and *J. Herzl Segal* for appellee.

No. 275.  PARKER ET AL. *v.* MISSISSIPPI.
October 11, 1943.

*Per Curiam:* The motion for leave to proceed in forma pauperis is granted.  The appeal is dismissed for the want of jurisdiction.  § 237 (a) of the Judicial Code, as amended, 28 U. S. C., § 344 (a).  Treating the papers whereon the appeal was allowed as an application for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. MR. JUSTICE MURPHY is of opinion certiorari should be granted.  *Mr. Forrest B. Jackson* for appellants.